AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

IDS Property Casualty Insurance Company,
         *Plaintiff*  )
       v.  )   Civil Action No.  1:16-01899-JMC
       )
Cynthia Sheppard, a/k/a Cynthia Sheppard Tanksley,  )
         *Defendant*

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: judgment is entered for the Plaintiff, IDS Property Casualty Insurance Company against the Defendant, Cynthia Sheppard, a/k/a Cynthia Sheppard declaring that the policy of insurance issued by Plaintiff to Defendant is void, of no force and effect, and Plaintiff has no obligation to honor such policy either through indemnification or duty of defense for any alleged loss or claims, the policy providing no coverage of any type for 134 Zenith Drive, Beech Island, South Carolina.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs, United States District Court Judge presiding. The court having granted plaintiff's motion for judgment by default.

Date: January 18, 2017

*CLERK OF COURT*

s/Angie Snipes

*Signature of Clerk or Deputy Clerk*